**United States District Court**
For the Northern District of California

*E-FILED*
July 7, 2006

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICKY MEDINA,                                          No. C  06-00791 JW (RS)

        Plaintiffs,

    v.                                                    **ORDER OF RECUSAL
RE:   REFERRED MATTERS**

UNITED PARCEL SERVICES, INC.,

        Defendant.
_____/

      I hereby recuse myself from hearing or determining any matters which have been referred to me as Magistrate Judge in the above-entitled action.  The Clerk of Court shall reassign the referred matters in this case to another Magistrate Judge.

      IT IS SO ORDERED.

Dated:  July 7, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge