SANA SWE (SB# 173024) sanaswe@paulhastings.com
MICHAEL M. PFYL (SB# 240925) michaelpfyl@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, Suite 2400
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Defendant,
UNITED PARCEL SERVICE, INC.

RICHARD D. SCHRAMM (SB# 151696) rschramm@workplaceattys.com
EMPLOYMENT RIGHTS ATTORNEYS
46 South First Street
San Jose, CA 95113
Telephone:  (408) 971-9993
Facsimile:  (408) 295-5008

Attorneys for Plaintiff,
VICKY M. MEDINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| VICKY M. MEDINA,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., Does 1 through 20 inclusive,<br><br>    Defendants. | CASE NO. 5:06-CV-00791 JW (PVT)<br><br>**CONFIDENTIALITY STIPULATION AND [PROPOSED] ORDER** |

## STIPULATION

Plaintiff, Vicky M. Medina and Defendant, United Parcel Service, Inc., (collectively the "Parties"), acting through their counsel of record, hereby stipulate as follows:

1. The Parties are exchanging information and conducting discovery from each other and from non-parties, including the production of documents, preparation of written discovery responses, and the taking of testimony by oral deposition.

2. Any party may designate as "Confidential" any documents which are not generally available to the public or which the party has maintained in confidence or the disclosure of which the producing party reasonably believes is likely to or would harm the business or competitive position or invade the privacy of the producing party.

3. The designation of documents as "Confidential" shall not be construed as a concession by the designating party that such information is relevant, material, or admissible as to any issue, nor shall it be construed as a concession by the requesting party that the documents do in fact constitute confidential and/or proprietary business information.

4. If any party contends that a document is improperly designated "Confidential," the parties will meet and confer on the matter. If the parties are unable to reach an agreement regarding the designation, the party contesting the designation may seek relief from the Court. Despite the outcome under this section, paragraph 3 is still applicable and no waiver will be construed by action or inaction under this paragraph.

5. Documents designated as "Confidential" may not be disclosed by the non-producing party to anyone except: (a) the Court, its employees, court reporters, and the jury; (b)

1  outside or in-house counsel and the legal staff and employees of such counsel who are working
2  on this action; (c) named parties, officers, directors, and employees of any of the parties who are
3  assisting counsel in the prosecution or defense of this action; (d) independent experts, witnesses
4  or consultants and their employees retained by any of the parties or their counsel, who are
5  assisting in the prosecution or defense of this action; and (e) non-party witnesses in preparation
6  for, and in the course of, depositions or interviews, or at trial, if, in the reasonable and good faith
7  opinion of the parties' counsel, examination with respect to such information is necessary for
8  legitimate discovery or trial purposes.

6.   Except as otherwise agreed by the parties, the parties will return all documents designated as "Confidential" at the conclusion of this action to the producing party at the request of the producing party.

DATED: October 18, 2006

SANA SWE
MICHAEL M. PFYL
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
              MICHAEL M. PFYL

Attorneys for Defendant,
UNITED PARCEL SERVICE, INC.

DATED: October 17, 2006

EMPLOYMENT RIGHTS ATTORNEYS

By: _____
              RICHARD D. SCHRAMM

Attorneys for Plaintiff,
VICKY M. MEDINA

## ORDER

Based on the stipulation of the parties, and good cause appearing therefor,

The parties' stipulation is hereby adopted as the order of the Court.

DATED: __10/20/06__

_____
DISTRICT COURT JUDGE