SANA SWE (SB# 173024) sanaswe@paulhastings.com
MICHAEL M. PFYL (SB# 240925) michaelpfyl@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, Suite 2400
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant,
UNITED PARCEL SERVICE, INC.

RICHARD D. SCHRAMM (SB# 151696) rschramm@workplaceattys.com
EMPLOYMENT RIGHTS ATTORNEYS
46 South First Street
San Jose, CA 95113
Telephone: (408) 971-9993
Facsimile: (408) 295-5008

Attorneys for Plaintiff,
VICKY M. MEDINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY M. MEDINA,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED PARCEL SERVICE, INC.,<br>Does 1 through 20 inclusive,<br><br>    Defendants. | CASE NO. 5:06-CV-00791 JW (PVT)<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER SELECTING ADR PROCESS** |

LEGAL_US_W # 54772950.1

CASE NO. 5:06-CV-00791 JW (PVT)

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS

1  Counsel report that they have met and conferred regarding ADR and have reached the
2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3  The parties agree to participate in Early Neutral Evaluation ("ENE") (ADR L.R. 5).
4  The parties agree to hold the ADR session by March 6, 2007.

DATED: November 6, 2006        SANA SWE
                               MICHAEL M. PFYL
                               PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                              /s/ Michael M. Pfyl
                               By:_____
                                        MICHAEL M. PFYL

                               Attorneys for Defendant,
                               UNITED PARCEL SERVICE, INC.

DATED: November 6, 2006        EMPLOYMENT RIGHTS ATTORNEYS

                                              /s/ Richard D. Schramm
                               By:_____
                                        RICHARD D. SCHRAMM

                               Attorneys for Plaintiff,
                               VICKY M. MEDINA

1 **[PROPOSED] ORDER**
~~PROPOSED~~

3   Pursuant to the Stipulation above, the captioned matter is hereby referred to ENE.

4   Deadline for ENE session is March 6, 2007.

5   IT IS SO ORDERED.

6   DATED:  11/14/2006                           _____

7                                                JAMES WARE
                                                 District Court Judge

LEGAL_US_W # 54772950.1                         -2-                    CASE NO. 5:06-CV-00791 JW (PVT)

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS