SANA SWE (SB# 173024) sanaswe@paulhastings.com
MICHAEL M. PFYL (SB# 240925) michaelpfyl@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, Suite 2400
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

RICHARD D. SCHRAMM (SB# 151696) rschramm@workplaceattys.com
EMPLOYMENT RIGHTS ATTORNEYS
46 South First Street
San Jose, CA 95113
Telephone:  (408) 971-9993
Facsimile:  (408) 295-5008

Attorneys for Plaintiff
VICKY M. MEDINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY M. MEDINA,<br><br>                Plaintiff,<br><br>      vs.<br><br>UNITED PARCEL SERVICE, INC.,<br>Does 1 through 20 inclusive,<br><br>                Defendants. | CASE NO. 5:06-CV-00791 JW (PVT)<br><br>**JOINT MOTION FOR ORDER GRANTING AN EXTENSION TO CONDUCT ENE SESSION**<br><br>[~~PROPOSED~~] ORDER |

1  Pursuant to ADR Local Rule 5-5, the parties hereby jointly move for an extension of time to conduct their Early Neutral Evaluation ("ENE") session.  In its November 14, 2006, Order Selecting ADR Process, the Court set March 6, 2007, as the deadline for holding an ENE session. The parties request that the Court extend the deadline up to and including March 28, 2007, for the convenience of the parties, their counsel of record, and the Court appointed Evaluator, Lynne C. Hermle.

This motion is made jointly by the parties with the consent of the Evaluator, with no opposition anticipated.

DATED: _____2007    SANA SWE
MICHAEL M. PFYL
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:_____/s/ Michael M. Pfyl_____
         MICHAEL M. PFYL

Attorneys for Defendant,
UNITED PARCEL SERVICE, INC.

DATED: _____2007    EMPLOYMENT RIGHTS ATTORNEYS

By:_____/s/ Richard D. Schramm_____
         RICHARD D. SCHRAMM

Attorneys for Plaintiff,
VICKY M. MEDINA

LEGAL_US_W # 55655155.1                           CASE NO. 5:06-CV-00791 JW (PVT)

JOINT MOTION FOR EXTENSION TO CONDUCT ENE SESSION

1 **[PROPOSED] ORDER**

Wherefore, the parties respectfully request the Court extend the deadline for conducting their ENE session up to and including March 28, 2007, IT IS SO ORDERED.

DATED: 2/20/2007

_____
JAMES WARE
District Court Judge