RICHARD D. SHCRAMM (SB#151696)
EMPLOYMENT RIGHTS ATTORNEYS
46 South First Street
San Jose CA  95113
Tel:    (408) 97l-9993
Fax:    (408) 295-5008
rschramm@workplaceattys.com

Attorneys for Plaintiff
VICKY MEDINA

MICHAEL M. PFYL (SB# 240925) michaelpfyl@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, Suite 2400
San Francisco, CA 94105-3441
Tel:  (415) 856-7000
Fax:  (415) 856-7100

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICKY MEDINA,                )<br>                              )<br>            Plaintiff,         )<br>                              )<br> v.                           )<br>                              )<br> UNITED PARCEL SERVICE, Inc., )<br>                              )<br>            Defendant.        )<br> _____ ) | CASE No. C 06-00791<br><br>**JOINT MOTION FOR ORDER GRANTING AN EXTENSION TO CONDUCT ENE SESSION**<br><br>[~~PROPOSED~~] ORDER |

Pursuant to ADR Local Rule 5-5, the parties hereby jointly move for an extension of time to conduct their Early Neutral Evaluation ("ENE") session. In its November 14, 2006, Order Selecting ADR Process, the Court set March 6, 2007, as the deadline for holding an ENE session. In a Joint Motion for Order Granting an Extension to Conduct an ENE Session, the Court extended the deadline up to an including March 28, 2007 for the convenience of the parties, their counsel and the Court appointed Evaluator, Lynne C. Hermle. Due to Mr. Schramm's illness, both parties request that the Court extend the deadline up to and including May 10, 2007.

The motion is made jointly by the parties with the consent of the Evaluator, with no opposition anticipated.

DATED:   March 29, 2007                    EMPLOYMENT RIGHTS ATTORNEYS

                                           By:   /s/ Richard.D. Schramm
                                           RICHARD D. SCHRAMM

                                           Attorney for Plaintiff, VICKY M. MEDINA


DATED:   March 29, 2007                    MICHAEL M. PFYL
                                           PAUL, HASTINGS, JANOFSKY & WALKER


                                           By:   /s/ Michael M. Pfyl
                                           MICHAEL M. PFYL

                                           Attorneys for Defendant,
                                           UNITED PARCEL SERVICE, INC.

1

**[PROPOSED] ORDER**

Wherefore, the parties respectfully request the court extend the deadline for conducting their ENE session up to and including May 10, 2007, IT IS SO ORDERED.

DATED: March 30, 2007                    _____
                                         JAMES WARE
                                         District Court Judge

**Joint Motion for Order Granting an Extension to Conduct Ene Session** Case No. C 06 00791        -3-