1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12

VICKY M. MEDINA,                             )        Case No.: C- 06-791 JW    PVT
                                             )
13                      Plaintiff,           )        **ORDER GRANTING MOTION TO**
                                             )        **SHORTEN TIME, SETTING**
14          v.                               )        **BRIEFING SCHEDULING AND**
                                             )        **ORDER TO SHOW CAUSE WHY**
15   UNITED PARCEL SERVICE,                   )        **PLAINTIFF'S COUNSEL SHOULD**
                                             )        **NOT BE SANCTIONED**
16                      Defendant.           )
     _____)

17

18          On March 29, 2007, Defendant United Parcel Service ("UPS") filed a motion to compel

19   further responses to discovery from Plaintiff Vicky Medina ("Medina") and a motion to shorten

20   time to hear the motion to compel.[1]  On October 16, 2006, Medina served initial disclosures

21   identifying a "Dr. Susan [LNU] as a witness who will testify as to Medina's emotional distress

22   damages."  (Pfyl Decl. Exh. B.)   On January 31, 2007, UPS served a First Set of Special

23   Interrogatories seeking the name and address of Dr. Susan and other mental healthcare providers

24   as well as information about Medina's income subsequent to leaving employment with UPS.

25   (Pfyl Decl. Exh. D.)  On March 5, 2007, Medina served Responses to the interrogatories.  (Pfyl

26   Decl. Exh. E.)  In response to each interrogatory, Medina responded: " Plaintiff objects to

27

28          [1]    The holding of this court is limited to the facts and the particular circumstances
     underlying the present motion.

ORDER, *page 1*

1  Interrogatory No. [ ] to the extent it requests responses protected by the attorney-client privilege,

2  word product doctrine, FRE 412, and plaintiff's right to privacy." This was Medina's entire

3  response to each and every interrogatory.  Thus, Plaintiff provided no substantive responses.

4  (Id.) On March 9, 2007, UPS sent Plaintiff's counsel a meet and confer letter specifically

5  warning that UPS would have no choice but to file a motion to compel if Medina did not

6  supplement her responses.  (Pfly Decl. Exh. F.)   On March 26, 2007, UPS sent Plaintiff's

7  counsel a second meet and confer letter, again warning of the need to file a motion to compel if

8  Media did not supplement the responses.  (Pfly Decl. Exh. G.)  As of March 28, 2007, UPS

9  represents that it had received no response to the meet and confer attempts.  (Pfly Decl. ¶ 14.)

10      UPS asserts that hearing the motion to compel on normal time will allow insufficient

11  time to complete follow up discovery prior to the close of the discovery period.

12      Good Cause appearing, IT IS HEREBY ORDERED that UPS's Motion to Shorten Time

13  is Granted and the following schedule shall apply:

14          1.      Medina's Opposition to the Motion shall be filed no later than **April 10,**

15                  **2007;**

16          2.      Absent further order of court, no reply brief will be filed and no hearing

17                  will be held; and

18      IT IS FURTHER ORDERED that, no later than **April 10, 2007,**  Plaintiff's counsel shall

19  file a declaration showing cause why he should not pay the  fees and costs incurred by Defendant

20  in filing the motion to compel.

21      IT IS SO ORDERED.

22  Dated: April   3, 2007

23                                          _____

24                                          PATRICIA V. TRUMBULL
                                            United States Magistrate Judge

25

26

27

28

ORDER, *page 2*