1  RICHARD D. SHCRAMM (SB#151696)
   EMPLOYMENT RIGHTS ATTORNEYS
2  46 South First Street
   San Jose CA  95113
3  Tel:   (408) 97l-9993
   Fax:   (408) 295-5008
4  rschramm@workplaceattys.com

5  Attorneys for Plaintiff
   VICKY MEDINA

6
   MICHAEL M. PFYL (SB# 240925) michaelpfyl@paulhastings.com
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, Suite 2400
8  San Francisco, CA 94105-3441
   Tel:  (415) 856-7000
9  Fax:  (415) 856-7100

10 Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICKY MEDINA, ) | CASE No. C 06-00791 |
| Plaintiff, ) | |
| ) | **JOINT MOTION FOR ORDER** |
| ) | **GRANTING AN EXTENSION TO** |
| v. ) | **CONDUCT ENE SESSION** |
| ) | |
| UNITED PARCEL SERVICE, Inc., ) | **[PROPOSED] ORDER** |
| ) | |
| Defendant. ) | |
| _____ ) | |

LEGAL_US_W # 55943238.1                                   1

Pursuant to ADR Local Rule 5-5, the parties hereby jointly move for an extension of time to conduct their Early Neutral Evaluation ("ENE") session. Previously, this Court has extended the deadline for conducting the ENE Session up to and including May 10, 2007 for the convenience of the parties, their counsel and the Court appointed Evaluator, Lynne C. Hermle. Due to Ms. Herme's medical emergency on May 9, 2007, disabling her from conducting the scheduled ENE Session set for that date, both parties request that the Court extend the deadline up to and including June 22, 2007.

The motion is made jointly by the parties with the consent of the Evaluator, with no opposition anticipated.

DATED: May 9, 2007                                     EMPLOYMENT RIGHTS ATTORNEYS

                                                       By: __/s/ Richard.D. Schramm_____
                                                                RICHARD D. SCHRAMM

                                                       Attorney for Plaintiff, VICKY M. MEDINA


DATED:   May 9, 2007                                   MICHAEL M. PFYL
                                                       PAUL, HASTINGS, JANOFSKY & WALKER


                                                       By:___/s/ Michael M. Pfyl_____
                                                                MICHAEL M. PFYL

                                                       Attorneys for Defendant,
                                                       UNITED PARCEL SERVICE, INC.

LEGAL_US_W # 55943238.1                         2

JOINT MOTION FOR ORDER GRANTING AN EXTENSION TO CONDUCT ENE SESSION AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

Wherefore, the parties respectfully request the court extend the deadline for conducting their ENE session up to and including June 22, 2007, IT IS SO ORDERED.

DATED: _____May 11_____, 2007      _____
                                        JAMES WARE
                                        District Court Judge

LEGAL_US_W # 55943238.1                          3

JOINT MOTION FOR ORDER GRANTING AN EXTENSION TO CONDUCT ENE SESSION AND [PROPOSED] ORDER