| | |
|---|---|
| 1 | RICHARD D. SCHRAMM, Esq. (#151696) |
| | EMPLOYMENT RIGHTS ATTORNEYS |
| 2 | 46 South First |
| | San Jose, CA  95113 |
| 3 | (408) 97l-9993 |
| | (408) 295-5008 (fax) |
| 4 | |
| | Attorneys for Plaintiff, Vicky Medina |
| 5 | |
| | MICHAEL M. PFYL, Esq. (#240925) |
| 6 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 55 Second Street |
| 7 | Twenty Fourth Floor |
| | San Francisco, CA  94105-3441 |
| 8 | (415) 856-7000 |
| | (415) 856-7100 (fax) |
| 9 | |
| | Attorneys for Defendant, United Parcel Service, Inc. |
| 10 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| VICKY M. MEDINA, | ) | CASE NO. C 06-00791 |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | PRE-TRIAL CONFERENCE AND SETTING |
| vs. | ) | BRIEFING SCHEDULE FOR A MOTION FOR |
| | ) | SUMMARY JUDGMENT AND/OR |
| UNITED PARCEL SERVICE, INC., | ) | SUMMARY ADJUDICATION |
| | ) | |
| Defendant  . | ) | |
| _____ | ) | |

WHEREAS the pre-trial conference for this case is set for September 24, 2007;

WHEREAS the cut-off date for filing of a motion for summary judgment and/or summary adjudication is June 22, 2007;

WHEREAS plaintiff's counsel is out of the country from June 25 - 29, 2007;

WHEREAS discovery is yet to be completed;

WHEREAS both parties are in agreement to allow defendant additional time to collect all the discovery and bring its Motion for Summary Judgment;

WHEREAS defendant does hereby stipulate to a revised briefing schedule for a motion

---

STIPULATION AND ORDER CONTINUING PRE-TRIAL CONFERENCE AND SETTING BRIEFING SCHEDULE
FOR A MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION          PAGE 1

for summary judgment and/or summary adjudication upon the condition that the pre-trial conference is also continued as set forth below;

    WHEREAS the parties stipulate to a continuance of the pre-trial conference and revised briefing schedule for a motion for summary judgment and/or summary adjudication as follows:

    July 16, 2007 - last day to file dispositive motion moving papers;

    July 30, 2007 - last day to file dispositive motion opposition papers;

    August 6, 2007 - last day to file dispositive motion reply papers;

    September 10, 2007 - dispositive motion hearing;

    November 13, 2007 - last day to file pre-trial conference statement;

    November 26, 2007 - pre-trial conference.

**IT IS SO STIPULATED.**

June 8, 2007                       _____/s/_____
                                   Richard D. Schramm, Attorney for Plaintiff Vicki M. Medina

June 8, 2007                       _____/s/_____
                                   Michael Pfyl, Attorney for Defendant United Parcel Service

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IT IS SO ORDERED.**

June \_\_8\_\_, 2007                       _____
                                   JUDGE OF THE U.S. DISTRICT COURT