ISMAEL D. PEREZ, ESQ., SBN 145985
LAW OFFICES OF ISMAEL D. PEREZ
Community Towers I
111 W. St. John Street, Suite 855
San Jose, CA  95113
Telephone: (408) 293-7100
Facsimile: (408) 293-7745
easy@PerezLawOffice.com

Attorneys for Plaintiff, Vicky M. Medina

KATHEREINE C. HUIBONHOA (SB#207648) katherinehuibonhoa@paulhastings.com
LESLIE D. ELLIS (SB#222724) leslieellis@paulhastings.com
MICHAEL M. PFYL, Esq. (#240925) michaelpfyl@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty Fourth Floor
San Francisco, CA  94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100 (fax)

Attorneys for Defendant,
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICKY M. MEDINA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>　　　　Defendant.<br>_____ | CASE NO. C 06-00791<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SUMMARY JUDGMENT AND PRE-TRIAL CONFERENCE DEADLINES** |

　　　　WHEREAS the trial date for this case has not yet been set;

　　　　WHEREAS the filing deadline for the pre-trial conference statement is November 13, 2007;

　　　　WHEREAS the hearing is calendared for November 26, 2007;

1  WHEREAS Defendant United Parcel Service, Inc. filed a motion for summary judgment
2  which is scheduled to be heard on October 1, 2007;

4  WHEREAS the filing deadline for the opposition to Defendant's motion for summary
5  judgment is September 10, 2007;

7  WHEREAS the filing deadline for Defendant's reply in support of its motion for
8  summary judgment is September 17, 2007;

10 WHEREAS plaintiff's former counsel, Employment Rights Attorneys withdrew from this
11 action leaving plaintiff in propria persona;

13 WHEREAS Plaintiff has finally retained new counsel, Ismael D. Perez of the Law
14 Offices of Ismael D. Perez;

16 WHEREAS Plaintiff's counsel, Ismael D. Perez, filed a notice of substitution of attorney
17 with this Court on August 31, 2007;

19 WHEREAS Plaintiff's new counsel, Ismael D. Perez, will need additional time to obtain
20 and adequately review the case file and prepare an opposition to Defendant's motion for
21 summary judgment because he is a sole practitioner with other case scheduling conflicts and out
22 of town obligation.

24 WHEREAS both parties, and their respective counsel, agreed to and hereby stipulate to
25 continue the summary judgment filing deadlines in this case on the condition that the Court
26 issues an Order rescheduling *all* the following case deadlines as follows:

28  1)   The filing deadline for Plaintiff's opposition to Defendant's motion for summary

judgment is October 8, 2007;

2) The filing deadline for Defendant's reply is November 5, 2007;

3) The hearing date for the summary judgment motion is November 26, 2007;

4) The filing date for the pre-trial conference statement is March 28, 2008;

5) The pre-trial conference hearing is set for April 7, 2008;

THEREFORE, the parties do hereby stipulate to allowing the changes in the scheduling order as proposed above.

**IT IS SO STIPULATED.**

September 4, 2007                              /s/ Ismael D. Perez
                                               Ismael D. Perez, Attorney for
                                               Plaintiff Vicky M. Medina

September 4, 2007                              /s/ Michael Pfyl
                                               Michael Phyl, Attorney for
                                               Defendant United Parcel Service, Inc.

**IT IS SO ORDERED.**

September _5_, 2007

_____
JUDGE OF THE U.S. DISTRICT COURT