| | |
|---|---|
| 1 | KATHERINE C. HUIBONHOA (SB# 207648) |
| | MICHAEL M. PFYL (SB# 240925) |
| 2 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 55 Second Street |
| 3 | Twenty-Fourth Floor |
| | San Francisco, CA 94105-3441 |
| 4 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |
| 5 | katherinehuibonhoa@paulhastings.com |
| | michaelpfyl@paulhastings.com |
| 6 | |
| | Attorneys for Defendant |
| 7 | UNITED PARCEL SERVICE, INC. |
| 8 | ISMAEL D. PEREZ, ESQ., SBN 145985 |
| | LAW OFFICES OF ISMAEL D. PEREZ |
| 9 | Community Towers I |
| | 111 W. St. John Street, Suite 855 |
| 10 | San Jose, CA 95113 |
| | Telephone: (408) 293-7100 |
| 11 | Facsimile: (408) 293-7745 |
| | easy@PerezLawOffice.com |
| 12 | |
| | Attorneys for Plaintiff |
| 13 | VICKY MEDINA |

**IT IS SO ORDERED AS MODIFIED**
/s/ James Ware
Judge James Ware
12/20/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICKY MEDINA, | CASE NO. C06-00791-JW (PVT) |
| Plaintiff, | **JOINT STIPULATION FOR REFERRAL TO A SETTLEMENT CONFERENCE CONDUCTED BY A MAGISTRATE JUDGE AND [PROPOSED] ORDER** |
| vs. | |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | Judge: Hon. James Ware |

JOINT STIPULATION AND ORDER

Case No. C06-00791-JW (PVT)

1  On November 19, 2007, the parties attended a hearing before the Court regarding Defendant's Motion for Summary Judgment. At the conclusion of the hearing, the Court requested that the parties meet and confer and consider whether the Court should refer them to a Magistrate Judge or the Court's ADR program to explore the possibility of settlement. The Court also indicated that it would not issue a decision concerning Defendant's Motion for Summary Judgment until after the parties responded to the Court's request.

The parties met and conferred and, pursuant to ADR Local Rule 7-2, they jointly request that the Court refer them to a Settlement Conference conducted by a Magistrate Judge. Because Magistrate Judge Patricia V. Trumbull supervised the discovery stages of this case and is familiar with the issues presented, the parties respectfully request that the Court assign them to Judge Trumbull if possible. The parties also request that the Court wait to issue a decision regarding Defendant's Motion for Summary Judgment until after the Settlement Conference is concluded.

DATED: December  13 , 2007        PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:   /s/          *Michael M. Pfyl*
                    MICHAEL M. PFYL

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

DATED: December  13 , 2007        LAW OFFICES OF ISMAEL D. PEREZ


By:   /s/          *Ismael D. Perez*
                    ISMAEL D. PEREZ

Attorneys for Plaintiff
VICKY MEDINA

JOINT STIPULATION AND ORDER

Case No. C06-00791-JW (PVT)

1 [PROPOSED] ORDER 

2

3 Pursuant to the Stipulation above, the captioned matter is hereby referred to a Settlement Conference to be conducted by Magistrate Judge Patricia V. Trumbull. The Court will wait to issue an Order regarding Defendant's Motion for Summary Judgment until after the Settlement Conference is concluded. The parties shall contact Judge Trumbull's chambers within ten (10) days to schedule a settlement conference. The parties shall file a joint status report within ten (10) days to update the Court of the parties settlement proceedings.

DATED: December 20, 2007

JAMES WARE
District Court Judge

LEGAL_US_W # 57761050.1

Case No. C06-00791-JW (PVT)

JOINT STIPULATION AND ORDER