IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Vicky Medina, | NO. C 06-00791 JW |
|       Plaintiff,<br>v. | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| United Parcel Services, Inc., | |
|       Defendant.            / | |

The above entitled matter is currently scheduled for a Preliminary Pretrial Conference on April 7, 2008. On its own motion, the Court continues the conference to **May 5, 2008 at 11:00 A.M.**

Dated: April 1, 2008

                                          JAMES WARE<br>                                          United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ismael D. Perez easy@perezlawoffice.com
Michael M. Pfyl michaelpfyl@paulhastings.com
Richard Dean Schramm rschramm@workplaceattys.com
Sana Swe sanaswe@paulhastings.com

**Dated: April 1, 2008**                    **Richard W. Wieking, Clerk**

                                                                **By:  /s/ JW Chambers**
                                                                      **Elizabeth Garcia**
                                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California