Ismael D. Perez, Esq. SBN:145985
LAW OFFICES OF ISMAEL D. PEREZ
Community Towers I
111 W. St. John Street, Suite 515
San Jose, CA   95113
Tel: (408) 293-7100
Fax: (408) 293-7745
easy@perezlawoffice.com

Attorney for Plaintiff,
Vicky M. Medina

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICKY M. MEDINA, | CASE NO. C 06-00791 JW |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL OF ACTION BY PLAINTIFF |
| v. | |
| UNITED PARCEL SERVICE, INC., et. al. | |
| Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Pursuant to Federal Rule of Civil Procedure 41(a), notice is hereby given that plaintiff, VICKY M. MEDINA, voluntarily dismisses the above-entitled action in its entirely with prejudice.

DATED:   September 30, 2008

LAW OFFICES OF
ISMAEL D. PEREZ

Ismael D. Perez, Esq.,
Attorney for Plaintiff, Vicky M. Medina

NOTICE OF VOLUNTARY DISMISSAL OF ACTION  BY PLAINTIFF

1