Ismael D. Perez, Esq. SBN:145985
LAW OFFICES OF ISMAEL D. PEREZ
Community Towers I
111 W. St. John Street, Suite 515
San Jose, CA 95113
Tel: (408) 293-7100
Fax: (408) 293-7745
easy@perezlawoffice.com

Attorney for Plaintiff,
Vicky M. Medina

**GRANTED**
*Judge James Ware*
10/3/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICKY M. MEDINA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., et. al.<br><br>Defendants. | CASE NO. C 06-00791 JW<br><br>NOTICE OF VOLUNTARY DISMISSAL OF ACTION BY PLAINTIFF |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Pursuant to Federal Rule of Civil Procedure 41(a), notice is hereby given that plaintiff, VICKY M. MEDINA, voluntarily dismisses the above-entitled action in its entirely with prejudice.

DATED: September 30, 2008

LAW OFFICES OF
ISMAEL D. PEREZ

_____
Ismael D. Perez, Esq.,
Attorney for Plaintiff, Vicky M. Medina

**IT IS SO ORDERED:**

The Court terminates all pending deadlines, hearing and motions. The Clerk shall close this file.

Dated: October 3, 2008

_____
United States District Judge

NOTICE OF VOLUNTARY DISMISSAL OF ACTION BY PLAINTIFF

1